

FILED

OCT 08 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff/Respondent, vs. DENISE MARSH CARLSON, Defendant/Movant. | Cause No. CR 09-15-GF-SEH<br>CV 13-85-GF-SEH<br><br>ORDER DISMISSING MOTION AND DENYING CERTIFICATE OF APPEALABILITY |

On October 7, 2013, Defendant Denise Marsh Carlson moved to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. Carlson is a federal prisoner proceeding pro se.

This is Carlson's second under § 2255. *See* Mot. § 2255 (Doc. 82); Order (Doc. 96); Order, *Carlson*, No. 12-36056 (9th Cir. Feb. 8, 2013) (Doc. 99) (denying certificate of appealability). The Court of Appeals did not pre-authorize its filing. 28 U.S.C. §§ 2255(h), 2244(c). It is subject to dismissal for lack of jurisdiction. *Burton v. Stewart*, 549 U.S. 147, 149 (2007) (per curiam).

Carlson asserts the recent decision in *Alleyne v. United States*, __ U.S. __, 133 S. Ct. 2151 (2013), provides her a right to relief. It does not. Carlson's guilty plea, *see* Change of Plea Tr. (Doc. 54) at 13:13-23, 29:14-34:4, satisfied *Alleyne*,

1

133 S. Ct. at 2155, and *Apprendi v. New Jersey*, 530 U.S. 466, 483 n.10 (2000).

Carlson's advisory guideline calculation was increased for several reasons. *See* Presentence Report ¶¶ 18-32. *Alleyne* explains that its holding "does not mean that any fact which influences judicial discretion must be found by a jury." 133 S. Ct. at 2163. The advisory guidelines are advisory because they may influence – but do not control – judicial discretion. *See Booker v. United States*, 543 U.S. 220, 226 (2005) (invalidating two statutory provisions making sentencing guidelines mandatory). *Alleyne*, therefore, does not mean that factors elevating the advisory guideline calculation must be proved to a jury beyond a reasonable doubt or admitted in a plea colloquy. The motion lacks merit.

Transfer would not be in the interests of justice. 28 U.S.C. § 1631. A certificate of appealability is not warranted. There is no doubt about either the procedural posture of this case, *Gonzalez v. Thaler*, __ U.S. __, 132 S. Ct. 641, 648 (2012), or its lack of merit, 28 U.S.C. § 2253(c)(2).

**ORDERED**:

1. Carlson's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 100) is DISMISSED for lack of jurisdiction as an unauthorized second or successive motion;

2. A certificate of appealability is DENIED. The Clerk of Court shall immediately process the appeal if Carlson files a Notice of Appeal;

3. The Clerk of Court shall ensure that all pending motions in this case and in CV 13-85-GF-SEH are terminated and shall close the civil file by entering a judgment of dismissal.

DATED this 8th day of October, 2013.

Sam E. Haddon
United States District Court